AO 91 (Rev. 11/11)  Criminal Complaint

AUSA: Barrington Wilkins  Telephone: (313) 226-9621
Officer: Brian Ceckiewicz Jr.  Telephone: (313) 316-0874

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
v.

Reyes Obdulio LOPEZ RAMIREZ

Case: 2:19-mj-30352
Assigned To : Unassigned
Assign. Date : 6/24/2019
Description: RE: REYES OBDULIO LOPEZ RAMIREZ (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 16, 2019__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about June 16, 2019, in the Eastern District of Michigan, Southern Division, Reyes Obdulio LOPEZ RAMIREZ, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about September 4, 2012 at or near Newark, NJ and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Brian Ceckiewicz Jr, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 6/24/19

_Judge's signature_

City and state: Detroit, Michigan

David R. Grand, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Brian Ceckiewicz Jr., declare the following under penalty of perjury:

1. I am a Deportation Officer employed with the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed the A-file documents and system automated data relating to Reyes Obdulio LOPEZ RAMIREZ, which attests to the following:

2. LOPEZ RAMIREZ is a 25-year-old male citizen of Guatemala, who last entered the United States at an unknown place, on an unknown date without being admitted, inspected or paroled by an Immigration Officer.

3. On November 26, 2009, LOPEZ RAMIREZ was arrested by the U.S. Border Patrol at or near Tucson, Arizona. He was served with an I-860, Notice and Order of Expedited Removal and, on December 08, 2009, was removed to Guatemala via Phoenix, Arizona under the alias name of "Otonel Perez-Mejia."

4. On July 31, 2012 LOPEZ RAMIREZ was arrested by Immigration and Customs Enforcement at or near Boston, Massachusetts. He was served with an I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal and, on September 4, 2012, was removed to Guatemala via Newark, NJ under the alias name of "Otonel Perez-Mejia."

5. On June 16, 2019, LOPEZ RAMIREZ was arrested by the Livonia Police Department in Livonia, Michigan for Driving Without an Operators License. The charges for this offense are currently pending.

6. On June 16, 2019, LOPEZ RAMIREZ's fingerprints were submitted during the standard booking process at the Livonia Police Department in Livonia, Michigan revealing a positive biometric match with the Department of Homeland Security's USVISIT/IDENT automated system for a previously removed alien from Guatemala.

7. On June 17, 2019, ICE/ERO Officers arrested LOPEZ RAMIREZ at the Livonia Police Department in Livonia, Michigan after he completed

1

service of his sentence. ICE/ERO officers searched his fingerprints in ICE/FBI systems which search returned with a positive match for Reyes Obdulio LOPEZ RAMIREZ, DOB: 09/11/1993, AXXX-XXX-181, a previously removed alien.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. On June 17, 2019, I reviewed the Alien Registration file XXX-XXX-181 and conducted system checks. There is no evidence to indicate that LOPEZ RAMIREZ has applied for or received permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

10. Based on the above information, I believe there is probable cause to conclude that Reyes Obdulio LOPEZ RAMIREZ, is an alien who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security in violation of Title 8, United States Code, Section 1326(a).

_____
Brian Ceckiewicz Jr., Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

2